Bettina Alfaro
Translator & Interpreter
Höhenweg 1B
51645 Gummersbach

Germany

7 January 2011

## CERTIFICATION OF TRANSLATION

I, the undersigned Bettina Alfaro, certified translator and interpreter in Germany, hereby declare that I am well acquainted with the German and English language and that the documents submitted with this certificate marked Translation Schedule ./A - ./F is a correct translation into English of the German original, a copy of which is attached to the respective translation.

In witness whereof I certify the correctness of said translation by my signature and stamp.

Bettina Alfaro
Duly authorized by the President of the Higher Regional Court Cologne,
Federal Republic of Germany, for the English and German language.